IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

KEVIN DEMETRIUS WALKER, )
)
Plaintiff, )
)
v. ) CV 308-016
)
FRED BURNETT, Warden, et al., )
)
Defendants. )

---

# ORDER

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims alleging a violation of the Telfair State Prison grievance procedure, denial of access to the courts, retaliation, and conspiracy, as well as Defendant Donald, are **DISMISSED** from this case for failure to state a claim.

SO ORDERED this ___ day of August, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE