IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KEVIN DEMETRIUS WALKER, | ) |
| Plaintiff, | ) |
| v. | ) CV 308-016 |
| ANTHONY ROGERS, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment is **GRANTED**, a **FINAL JUDGMENT** shall be entered in favor of Defendants, and this case is **CLOSED**.

SO ORDERED this 13th day of August, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE